**IT IS SO ORDERED.**

**SIGNED THIS: January 26, 2006**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | |
|---|---|---|
| In re: | Khalid Adnan Sharaf<br>fdba Kalex<br>Cindy Alexis Sharaf | Case No.    05-77709 |
| Debtor(s) | | |

### ORDER DISMISSING CASE

The Court finds:

1. that the debtor(s) failed to pay the filing fee as ordered on and the Court has been fully advised in the premises.

2. that the debtor(s) failed to comply with the court Order dated in that no has/have been filed with this Court.

3. that the debtor(s)' Motion for Voluntary Dismissal of Chapter 7 proceedings is allowed.

X 4. that the Trustee's Motion to Dismiss Chapter 7 proceedings is allowed.

5. that the United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. Sec 707(b) is allowed.

X 6. that the debtor(s) failed to appear at the 341(a) meeting.

IT IS THEREFORE ORDERED that the Chapter 7 petition in bankruptcy filed on October 15, 2005, be and is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk's fees of -0- are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the final Report (30 days for a Chapter 7 or 90 days for a Chapter 12/13).

###